# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

137001

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

OMAR SALEH,
        Plaintiff-Appellee,

v

SC: 137001
COA: 274634
Wayne CC: 06-615614-NF

MICHIGAN ASSIGNED CLAIMS FACILITY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 19, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
Clerk

0128